IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 5:12CR50035-001 - 003 |
| | ) | |
| BRANDON LYNN BARBER, | ) | |
| K. VAUGHN KNIGHT, and | ) | |
| JAMES VAN DOREN | ) | |

## MOTION FOR UNSEALING OF INDICTMENT AT SPECIFIC TIME

COMES NOW the United States and for its motion states:

1. The above-mentioned Indictment is currently before this Court under seal.

2. The United States requests this Court issue an order directing the Clerk of the Court to unseal the above-mentioned indictment in full at 1:00 p.m. on March 20, 2013 based on the arrest and/or service of summons upon the defendants charged in this indictment.

Respectfully submitted,

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By:  /s/ *Wendy L. Johnson*
Wendy L Johnson
First Assistant U.S. Attorney
Arkansas Bar No. 94067
414 Parker Ave.
Fort Smith, AR 72901
(479) 783-5125