IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 5:12CR50035-001 - 003 |
| ) | |
| BRANDON LYNN BARBER, ) | |
| K. VAUGHN KNIGHT, and ) | |
| JAMES VAN DOREN ) | |

**ORDER**

**BEFORE** the Court is the motion by the United States of America requesting the Court to unseal the above-mentioned Indictment in full at 1:00 p.m. on March 20, 2013, without further order of the Court. The Court having reviewed the motion grants the United States' request.

**IT IS THEREFORE ORDERED** that the above-mentioned Indictment shall be unsealed at 1:00 p.m. on March 20, 2013, without further order of the Court.

**SIGNED** this _____ day of March, 2013.

_____
ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE