IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.:   5:12-CR-50035-001 |
| V. ) | |
| ) | |
| BRANDON LYNN BARBER, ) | |
| K. VAUGHN KNIGHT, and ) | |
| JAMES VAN DOREN ) | |

## MOTION FOR DISCOVERY

Comes now the separate defendant in the above-captioned case, James Van Doren, by and through his undersigned attorneys, Lance Cox and Chadd Mason, and respectfully moves for discovery of the following, in evaluation of the charges against the defendant, and in preparation for trial:

1. True and complete copies of:

(a) all written or recorded statements, whether signed or unsigned confessions and/or other statements, as well as the substance of any oral statements, made or believed to have been made by any one or more of the other co-defendants in this case, if they are relevant in the case against this particular defendant;

1

(b) The portions of the Grand Jury Minutes that contain the testimony of this defendant and/or any co-defendant, as to matters that are relevant in the case against this defendant;

(c) the recording of the other portions of the grand jury's proceedings in the case against this defendant, if and to the extent provided in Rules 6, 12(h), 16(a)(1), and/or 26.2 of the Federal Rules of Criminal Procedure;

(d) all reports or records of prior convictions of the co-defendants, and of the persons whom the government intends to call as witnesses at trial, in the case against this defendant.

(e) all warrants, prosecutor subpoenas, and/or Grand Jury subpoenas that have been executed in investigation or prosecution of the case against this defendant, and of any and all papers that accompanied those warrants, including affidavits, transcript or oral testimony, returns and inventories, etc.;

(f) any such surveillance recording made in the case against this defendant;

(g) all available material or evidence known, or that which may become known to the government, or that which through due diligence could be learned from the investigating agents and officers in the case, that might tend to negate the guilt of the defendant, mitigate the degree of one or more of the alleged offenses, or mitigate any sentencing or punishment of the defendant, including but not limited to any evidence that may show that the

defendant's actions may fall outside the statutory definition of one or more of the offenses charged; and

      (h)    All field notes of any and all Government Agents made during the investigation of this case, which are relevant in the case against this particular defendant.

2.    A written list of the names and last known addresses and telephone numbers of all persons whom the Government intends to call as witnesses at trial of this case.

3.    A list of the full names, home, office, and email addresses, and home, office, and mobile telephone numbers of all persons who may have information regarding the guilt or innocence of the defendant.

4.    If or to the extent that no relevant, written or recorded statements of Government trial witness have been made (copies of which have been requested by the defendant's separately filed *Notice of Request for Discovery*, that is, if they have been made), a written summary of the testimony that each such witness is expected to provide at trial in connection with any one or more of the charges against this defendant.

5.    The substance of any unrecorded Grand Jury testimony that is relevant in the case against this defendant.

6.    Please state whether, in connection with this case, there has been any electronic surveillance of the defendant or any co-defendant, or any of the defendants' or any of the co-defendants' premises or of conversations to which the defendant was a party, as such surveillance might relate to the case against this particular defendant.

WHEREFORE, James Van Doren, separate defendant herein, prays that the Court grant this Motion for Discovery and order the United States Attorney's Office to provide the information and materials herein requested; and that the information requested be deemed continuing in nature so as to require supplemental disclosures of any information obtained by the Government between the time of its answers to this Motion and the time of trial.

Respectfully submitted,

JAMES VAN DOREN,

BY:  G. Chadd Mason BIN 93035 and
 S. Lance Cox BIN 98127
His Attorneys

/s/ *S. Lance Cox*

S. Lance Cox BIN98127
COX, COX & ESTES, PLLC
P. O. Box 878
Fayetteville, AR  72702-878
(479) 251-7900 (telephone)
(479) 251-7910 (fax)
lcox@coxfirm.com (email)

## CERTIFICATE OF SERVICE

I, Lance Cox, state that I have served a true and correct copy of the foregoing instrument on all attorneys of record on this 22nd day of April, 2013, via electronic mail.

Conner Eldridge
U.S Attorney's Office
414 Parker Avenue
Fort Smith, AR 72901
(479) 783-5125
conner.eldridge@usdoj.gov

Wendy L. Johnson
U.S. Attorney's Office
P.O. Box 1524
414 Parker Avenue

Fort Smith, AR 72902
(479) 783-5125
(479) 441-0578 (fax)
wendy.l.johnson@usdoj.gov

Asa Hutchinson, II
W. Asa Hutchinson, III
The Asa Hutchinson Law Group, PLC
3300 Market Street
Suite 404
Rogers, AR 72758
(479) 878-1600
(479) 878-1605 (fax)
ahutchinson@ahlawgroup.com
asa@ahlawgroup.com

David R. Matthews
Matthews, Campbell, Rhoads, McClure, Thompson & Fryauf, P.A.
119 South Second Street
Rogers, AR 72756
479-636-0875
479-636-8150 (fax)
drm@mcrmt.com

Kimberly R. Weber
Matthews Campbell Rhoads McClure Thompson Fryauf
119 S. Second
Rogers, AR 72756
(479) 636-0875
(479) 636-8150 (fax)
krw@mcrmt.com

/s/ *S. Lance Cox*
                      S. Lance Cox