IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 5:12CR50035 |
| BRANDON LYNN BARBER, | ) | |
| K. VAUGHN KNIGHT & | ) | |
| JAMES VAN DOREN | ) | |

## MOTION TO SEAL

Comes now the United States of America, by and through Conner Eldridge, United States Attorney for the Western District of Arkansas, and makes the following motion:

For the reasons set forth in the Motion by the United States to Submit Information to the Court *ex parte* and Under Seal, the Government moves to file same under seal.

WHEREFORE, premises considered, the United States of America prays for an order of this Court granting this motion, and ordering that any motion filed herein as such be filed under seal, along with any related order.

                                                    CONNER ELDRIDGE
                                                  UNITED STATES ATTORNEY

By:   */s/ Wendy L. Johnson*
       Wendy L. Johnson
       First Asst. United States Attorney
       Arkansas Bar No. 94067
       414 Parker Avenue
       Fort Smith, AR   72901
       (479) 783-5125

<u>CERTIFICATE OF SERVICE</u>

      I, Wendy L. Johnson, First Assistant U.S. Attorney for the Western District of Arkansas, hereby certify that on this 29th day of April, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Asa Hutchinson and Asa Hutchinson, III
Attorneys at Law

David R. Matthews & Kimberly R. Weber
Attorneys at Law

Stephen Lance Cox
Attorney at Law

G. Chadd Mason
Attorney at Law

                                                      */s/ Wendy L. Johnson*
                                                      Wendy L. Johnson