IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                  No. 5:12-cv-50035-001, -002, and -003

BRANDON LYNN BARBER; K. VAUGHN KNIGHT;
and JAMES VAN DOREN                                                                      DEFENDANTS

## ORDER

Currently before the Court are Motions to Seal filed by Defendant Brandon Lynn Barber (Doc. 47) and Defendant James Van Doren (Doc. 48).

Because the Court has ordered (Doc. 46) that the Government be allowed to file its Motion to Submit Information to the Court *ex parte* and Under Seal under seal, the Court likewise finds that any responses to that Motion are to also be filed under seal.

IT IS THEREFORE ORDERED that the pending Motions to Seal (Doc. 47 and 48) are GRANTED. Defendants are further ordered to file any response, under seal, to the Government's sealed Motion by the close of business on Friday, May 3, 2013.

**IT IS SO ORDERED** this 1st day of May, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE