IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

    VS.                        CR. NO. 5:12CR50035-003

JAMES VAN DOREN,
    Defendant.

MOTION FOR PAYMENT OF
MONEY JUDGMENT FROM OVERPAYMENT
OF SPECIAL ASSESSMENT AND FINE

    Comes now the United States by through its attorney for the Western District of Arkansas, and for its motion to apply an overpayment in the U. S. Clerk's Office to the Money Judgment in this case states:

    1.    On August 23, 2013, a Money Judgment (Doc. 144) in the amount of $22,000.00 was filed in United States District Court in the instant case.

    2.    On November 4, 2014, 2014, the defendant plead guilty to one count of money laundering and was sentenced to fifteen months incarceration with two years of supervised release, and was ordered to pay a $100.00 special assessment and $10,000.00 fine.   (Doc. 244)

    3.    On November 6, 2014, an Amended Order (Doc. 247) was filed pursuant to 28 U.S.C. § 2044, directing the U. S. Clerk to apply $10,100.00 of the cash bond to the fine and special assessment with the remainder to be paid to the U. S. Marshals Service towards satisfaction of the money judgment.

4. On January 12, 2014, the defendant made a $7,100.00 payment to the U. S. Clerk, Fort Smith, Arkansas Office, receipt 46102015260, which was applied to the special assessment and fine creating an overpayment of $7,100.00.

The U. S. Attorney's Office hereby requests the Court to enter an Order directing the U. S. Clerk's Office to change application of the $7,100.00 overpayment on the special assessment and fine to the U. S. Marshal's Service to be applied to the defendant's outstanding balance on the Money Judgment, thereby paying the money judgment in full.

Respectfully submitted,

CONNER ELDRIDGE
UNITED STATES ATTORNEY

/s/ Deborah Groom

By:
    Deborah Groom
Assistant U. S. Attorney
Arkansas Bar No. 80054
414 Parker Avenue
Fort Smith, AR   72901
Phone:   479-783-5125
Fax: (479) 441-0569
Email: debbie.groom@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on January 13, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and the attorney of record will receive notification of such filing via the CM/ECF System.

G. Chadd Mason
Attorney at Law
P. O. Box 1265
Fayetteville, AR 72703

Gary D. Corm
Attorney at Law
P. O. Box 71
Little Rock, AR 72203

Stephen Lance Cox
Attorney at Law
P. O. Box 878
Fayetteville, AR 72701

                                                                       /s/ Deborah Groom
                                                                       Assistant U. S. Attorney