IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                              Case No. 5:12-CR-50035-003

JAMES VAN DOREN                                                                                              DEFENDANT

## ORDER

On November 6, 2014, the Court ordered that the $25,000 cash bond held by the Clerk of the Court be applied toward the payment of the $10,000 fine, $100 special assessment, and the $22,000 money judgment entered in this case.  Thereafter, the money was applied to pay the fine and special assessment in full, with the remainder paid to the United States Marshals Service towards satisfaction of the money judgment.

On January 12, 2015 a payment of $7,100 was made on behalf of the defendant to the Court Clerk.  That payment was applied to the special assessment and fine, resulting in an overpayment of $7,100.  The Government now moves to have that overpayment be applied towards the money judgment, which the Court finds to be appropriate.  Defendant has not objected to the motion.

IT IS THEREFORE ORDERED that the Government's motion (Doc. 268) is GRANTED.

The Clerk is directed to pay the $7,100 received on behalf of Defendant James Van Doren on January 12, 2015, receipt 46102015260, to the United States Marshals Service towards satisfaction of the money judgment, thereby paying the money judgment in full.

IT IS SO ORDERED this 4th day of February, 2015.

*/s/P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE