## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              CASE NO. 5:12CR50035-001

BRANDON LYNN BARBER                                                                   DEFENDANT

AXA ADVISORS, LLC                                                                     GARNISHEE

## ENTRY OF APPEARANCE

Comes Joel D. Johnson of Hayes, Alford, Johnson & Conley, PLLC and hereby enters his appearance on behalf of the Defendant in this matter for the limited purpose of addressing the garnishment on AXA Advisors, LLC.  Hereinafter all pleadings and correspondence should be served upon or sent to the undersigned.

/s/ Joel D. Johnson
Joel D. Johnson, AR Bar No. 79103
HAYES, ALFORD, JOHNSON
 & CONLEY, PLLC
700 South 21st Street
P.O. Box 11470 (72917)
Fort Smith, AR  72901
Telephone:  479/242-8814
Facsimile:   479/242-2715
Email:  joel@hajattorneys.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of July, 2015, a true and exact copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter registered with the Court's CM/ECF system.

/s/ Joel D. Johnson