THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
PLAINTIFF,

v.

JAMES VAN DOREN,
DEFENDANT.

No. 5:12CR50035-003

SATISFACTION OF JUDGMENT
AND RELEASE OF LIEN

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full monetary satisfaction is hereby acknowledged of that certain judgment entered on November 3, 2014, in favor of the United States of America, against the above-named defendant. The United States District Court Clerk is hereby authorized to enter full monetary satisfaction of record in this action. This Satisfaction of Judgment does not satisfy any forfeiture judgment imposed in this case. The Queens County Circuit Clerk is hereby authorized to release the lien filed in the Queens County Circuit Clerk's Office on November 12, 2014.

DATED: April 28, 2016

KENNETH ELSER
UNITED STATES ATTORNEY

/s/ Deborah Groom
Deborah Groom
Assistant U.S. Attorney
Arkansas Bar No. 80054
414 Parker Avenue
Fort Smith, AR 72901
Phone: 479-783-5125
Fax: (479) 441-0569
Email: debbie.groom@usdoj.gov